

# JUDGMENT

## Court of Appeals

## First District of Texas

NO. 01-14-01007-CV

ALLAN R. AVERY, Appellant

V.

LPP MORTGAGE, LTD., Appellee

Appeal from the 127th District Court of Harris County.  (Tr. Ct. No. 2011-65958).

This case is an appeal from the judgment signed by the trial court on September 30, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment awarding attorney's fees to appellee, LPP Mortgage, Ltd.  Accordingly, the Court **reverses** the portion of the trial court's judgment awarding attorney's fees to appellee, LPP Mortgage, Ltd., and **remands** the case to the trial court for further proceedings on that issue.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment.  Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 29, 2014.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Chief Justice Radack.